
EXHIBIT D1

Bk 14547 Pg223 #21330
07-17-2017 @ 11:58a

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PHH MORTGAGE CORP (FKA CENDANT MORTGAGE CORP), ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS PO BOX 2026, FLINT, MI 48501-2026, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS PO BOX 650043, DALLAS, TX 75265-0043, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 11/07/2005, made by HAROLD W PARKHURST AKA HAROLD PARKHURST AND LOIS H PARKHURST to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PHH MORTGAGE CORP (FKA CENDANT MORTGAGE CORP), ITS SUCCESSORS AND ASSIGNS and recorded on 11/16/2005 in Book 10191, Page 297 and Doc # 44372, in the office of the Recorder of PENOBSCOT County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 7/11/2017 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PHH MORTGAGE CORP (FKA CENDANT MORTGAGE CORP), ITS SUCCESSORS AND ASSIGNS

By: /s/ Kristin Price
Kristin Price
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 7/11/2017 (MM/DD/YYYY), by Kristin Price as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PHH MORTGAGE CORP (FKA CENDANT MORTGAGE CORP), ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Cynthia Albano
Notary Public - State of FLORIDA
Commission expires: 08/01/2020

CYNTHIA ALBANO
Notary Public - State of Florida
My Comm. Expires August 1, 2020
Commission # GG001222

Instrument Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Ditech Financial LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683

Susan F. Bulay, Register
Penobscot County, Maine

2

Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032

Bk 15003 Pg89 #35435
11-19-2018 a 10:49a


EXHIBIT D2

## QUITCLAIM ASSIGNMENT

WHEREAS, PHH Mortgage Corp. fka Cendant Mortgage Corp. is identified as the "Lender" on a certain mortgage executed by Lois H. Parkhurst and Harold W. Parkhurst, Jr. a/k/a Harold Parkhurst, and bearing the date of the 11/1/2005 and recorded on 11/16/2005 in the Office of the Recorder of Penobscot County, State of Maine in Book 10191 at Page 297 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of PHH Mortgage Corp. fka Cendant Mortgage Corp. and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, PHH Mortgage Corp. fka Cendant Mortgage Corp. wishes to convey and assign any and all rights it may have under the Mortgage to Federal National Mortgage Association; and

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, PHH Mortgage Corp. fka Cendant Mortgage Corp. hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Federal National Mortgage Association.

In Witness Whereof, the Assignor has duly executed this instrument this 25th day of October, 2018.

PHH Mortgage Corp. fka Cendant Mortgage Corp.
by Ditech Financial LLC FKA Green Tree Servicing LLC as Attorney in fact

Robyn Proffer
Document Execution Representative

HOLLY A. LAWHORN
Notary Public, State of Arizona
Maricopa County
My Commission Expires
November 05, 2021

STATE OF ARIZONA
COUNTY OF MARICOPA
ss:

In Tempe, AZ on the 25th day of October, 2018 before me personally appeared Robyn Proffer, the Document Execution Representative of PHH Mortgage Corp. fka Cendant Mortgage Corp. by Ditech Financial LLC FKA Green Servicing LLC as Attorney in fact, to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument by her executed to be her free act and deed, and the free act and deed of Ditech Financial LLC FKA Green Tree Servicing LLC.

Notary Public
Printed Name: Holly A. Lawhorn
My Commission Expires: 11/5/21

121 RANDOLPH DR BANGOR Maine 04401
Quitclaim AOM

**Susan F. Bulay, Register
Penobscot County, Maine**