# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>PLAINTIFF<br><br>v.<br><br>LOIS H. PARKHURST, et al.<br><br>DEFENDANTS<br><br>PENOBSCOT COUNTY FEDERAL CREDIT UNION,<br><br>PARTY-IN-INTEREST | **AFFIDAVIT**<br><br>(Title to Real Estate is Involved) |

I, , being duly sworn, deposes and says as follows:

1. My Name is Steven P. Baillargeon. I am the Chief Executive Officer at Penobscot County Federal Credit Union. I am more than 18 years of age, and I am competent to testify as to the matters stated herein and have personal knowledge of the facts set forth in this Affidavit.

2. Penobscot County Federal Credit Union is a Party-in-Interest to this action by virtue of a Mortgage dated April 13, 2007, and recorded in the Penobscot County Registry of Deeds in Book 10913, Page 250.

3. The amount currently due Penobscot County Federal Credit Union is as follows:

| | |
|---|---:|
| Principal | $7,076.42 |
| Discharge Fees | 22.00 |
| Total due to October 22, 2019 | $7,098.42 |

4. This affidavit is not being filed to contest the Plaintiff's right to foreclose as alleged in Plaintiff's Complaint, but is being filed to confirm the existence of Penobscot County Federal Credit Union's Mortgage, described in Plaintiff's Complaint, to establish the amount due Penobscot County Federal Credit Union, and to request that its priority status be determined.

Dated: October 22, 2019

_____
Steven P. Baillargeon
Chief Executive Officer

State of Maine
Penobscot, ss.                                                                October 22, 2019

    Personally appeared before me Steven P. Baillargeon, in his capacity as Chief Executive Officer at Penobscot Credit Union and made oath that the foregoing statements are true and accurate and are made upon personal knowledge.

Before me, _Melissa M Cote_____
Notary Public

MELISSA M COTE
Notary Public-Maine
My Commission Expires
December 01, 2024